

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00363-CV

Deanira **MORALES**,
Appellant

v.

**COTULLA INDEPENDENT SCHOOL DISTRICT**,
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 11-10-00159-CVL
Honorable Donna S. Rayes, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and this cause is REMANDED to the trial court with instructions to reinstate this cause on its docket.

We ORDER that Deanira Morales recover her costs of this appeal from the Cotulla Independent School District.

SIGNED May 21, 2014.

Luz Elena D. Chapa, Justice